**FILED**

JAN 1 9 2016

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>        v.<br><br>CRISTIAN JESUS RUIZ,<br>   aka:  Jose Paredes-Gonzales,<br>   aka:  Cristian Jesus Luis Lucero,<br><br>                    Defendant. | Case No.: 15-CR-2704-BLM<br><br>ORDER AND JUDGMENT TO DISMISS INFORMATION WITHOUT PREJUDICE |

Upon motion of the United States of America and good cause appearing,

IT IS HEREBY ORDERED that the Information in the above-entitled case be dismissed without prejudice.

IT IS SO ORDERED.

DATED: __1/19/16__, 2016.

_____
HONORABLE BARBARA L. MAJOR
United States Magistrate Judge